Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Composite Technology International, Inc. v. __United States__

No. 16-1256

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [X] As counsel for:    Composite Technology International, Inc.
                                     Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
[X] Appellant   [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Joseph P. Cox, Esq. |
| Law firm: | Stein Shostak Shostak Pollack & O'Hara, LLP |
| Address: | 865 S. Figueroa Street, Suite 1388 |
| City, State and ZIP: | Los Angeles, CA 90017 |
| Telephone: | (213) 630-8888 |
| Fax #: | (213) 630-8890 |
| E-mail address: | jpc@steinshostak.com |

Statement to be completed by counsel only (select one):

[X] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): October 1, 1982

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [X] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| December 7, 2015 | /s/ Joseph P. Cox |
| Date | Signature of pro se or counsel |
| | Joseph P. Cox, Esq. |

cc: _____

123